IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JEREMY MARTIN,<br>Plaintiff,<br>v.<br>POKITDOK, INC., LISA MAKI and THEODORE TANNER,<br>Defendants. | CIVIL ACTION NO 2:12-CV-02155-DCN |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| POKITDOK, INC., a Delaware corporation, LISA MAKI, an individual, and THEODORE TANNER, an individual<br>Plaintiffs,<br>v.<br>JEREMY MARTIN, an individual,<br>Defendant. | CASE NO. 2:12-CV-3211 DCN |

ORDER OF DISMISSAL WITH PREJUDICE

It appearing that the parties have reached a settlement in the captioned cases and the parties have agreed and executed a Confidential Settlement Agreement and Mutual Release.

IT IS THEREFORE, ORDERED, that the captioned cases are dismissed with prejudice.

THE HONORABLE DAVID C. NORTON
United States District Judge

January 2, 2013
Charleston, South Carolina

WE CONSENT:

ANDREW K. EPTING, JR., LLC

By: __/s/ *Andrew K. Epting, Jr.*____________

46A State St.
Charleston, SC 29401
P: 843-377-1871
ake@epting-law.com

ATTORNEYS FOR POKITDOK, INC.,
LISA MAKI, and THEODORE TANNER

HELLMAN & YATES, PA

By: */s/ Jason S. Smith*__________________

145 King Street, Ste 102
Charleston, SC 29401
P: 843- 414-9755
js@hellmanyates.com

ATTORNEYS FOR JEREMY MARTIN